UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANN M. RAMSEY,

                Plaintiff,

-vs-                                            Case No. 6:09-cv-1664-Orl-18DAB

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

_____

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on review of the Commissioner's administrative decision to deny Plaintiff's application for social security disability benefits. For the reasons set forth herein, it is **respectfully recommended** that the decision of the Commissioner be **AFFIRMED**.

PROCEDURAL HISTORY

Plaintiff filed applications for a period of disability, disability insurance benefits, and Supplemental Security Income, alleging an onset date of March 6, 2004 (R. 12, 153-55). The applications were denied initially and on reconsideration (R. 123-32), and Plaintiff requested and received a hearing before an administrative law judge ("the ALJ"). In a decision dated September 13, 2007, the ALJ found that Plaintiff was not disabled (R. 68-84). Plaintiff requested review and, on April 25, 2008, the Appeals Council remanded the case back to the ALJ for further proceedings (R. 12, 60-64).

Upon remand, a supplemental hearing was held (R. 756-90), which included testimony from a Medical Expert and a Vocational Expert, as well as testimony from the Plaintiff. On July 20, 2009,